July 03, 2009

Mr. David M. Gunn
Beck, Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, TX 77010-2010
Ms. Maria Teresa Arguindegui
Maria Teresa Arguindegui, P.C.
1005 Heights Blvd.
Houston, TX 77008

RE: Case Number: 08-0032
 Court of Appeals Number: 13-03-00314-CV
 Trial Court Number: 2001-12-5367-D

Style: DOLGENCORP OF TEXAS, INC., D/B/A DOLLAR GENERAL STORE
 v.
 MARIA ISABEL LERMA, INDIVIDUALLY, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion and
judgment in the above-referenced cause. The judgment is enclosed. You may
obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like an opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure: Judgment
|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Aurora De La |
| |Garza |